U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 11 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RODERICK DUNSTON, Petitioner | CIVIL ACTION NO. 1:16-CV-1195-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WILLIAM A. SHERROD, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 3), and after a de novo review of the record including the objection filed by Petitioner (Doc. 4), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 11th day of January, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE